

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00236-CR

**EX PARTE** Michael **PAUL**,
Appellant

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1544-CR-A
Honorable William D. Old III, Judge Presiding

## O R D E R

Appellant Michael Paul is representing himself on appeal from the trial court's denial of his application for writ of habeas corpus. On July 9, 2021, Appellant's record on appeal was complete. On August 6, 2021, we denied Appellant's request for court-appointed counsel. As of September 21, 2021, no brief has been filed, and we have received no motion for extension of time. *Contra* Tex. R. App. P. 31.1(a), 38.6(a)(1).

Therefore, we ORDER Appellant to respond to this notification **by filing his brief, a motion to extend time,** *or* **a motion to dismiss** within ten days of the date of this order. *See* Tex. R. App. P. 38.8(b) (requiring this court, when no brief is filed, to notify the parties and the trial court of the omission and provide Appellant an opportunity to respond); *Ates v. State*, No. 03-15-00307-CR, 2016 WL 3361173, at *5 (Tex. App.—Austin June 8, 2016, no pet.) (mem. op., not designated for publication).

If Appellant fails to comply with this order, we will abate this appeal and remand the cause to the trial court for it to conduct an abandonment hearing. *See* Tex. R. App. P. 38.8(2), (3).

A hearing could result in this court considering the appeal without briefs. *See* Tex. R. App. P. 38.8(4); *Dominguez v. State*, No. 03-14-00086-CR, 2016 WL 4429902, at *1 (Tex. App.—Austin Aug. 19, 2016, no pet.) (mem. op., not designated for publication) (citing *Ates*, 2016 WL 3361173, at *5).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court